UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

MONZANT COLMENRARES,                                              Petitioner,

v.                                              Civil Action No. 4:26-cv-417-DJH

SAMUEL OLSON, Field Office Director,
Chicago Field Office, U.S. Immigration and
Customs Enforcement et al.,                                      Respondents.

* * * * *

## **ORDER**

Petitioner Julimar Monzant Colmenrares, by counsel, filed a petition seeking a writ of habeas corpus under 28 U.S.C. § 2241.  Upon review of the petition, it is hereby

**ORDERED** as follows:

(1)     The Clerk of Court shall **serve** the United States Attorney for the Western District of Kentucky electronically at the following email address: ben.schecter@usdoj.gov.

(2)     The Clerk of Court shall **forward by certified mail, return receipt requested** one copy of the petition (Docket No. 1) and this Order on Respondent Jason Woosley.

(3)     The Court finds good cause under 28 U.S.C. § 2243 to set the schedule for the return and hearing as set forth below.

(4)     **On or before June 22, 2026**, Respondents shall **SHOW CAUSE** why the writ of habeas corpus should not be granted.  *See* 28 U.S.C. § 2243; Fed. R. Civ. P. 6(a).

(5)     Petitioner may file a reply **on or before June 23, 2026**.

(6)     If either party requests an evidentiary hearing, they shall so advise the Court by written motion **on or before June 22, 2026**.  *See* 28 U.S.C. § 2243.  In the event of an evidentiary hearing, Petitioner may appear by Zoom if the option is available with the Grayson County Detention Center.  Counsel may contact the Court's case manager, Natalie Thompson, at NThompson@kywd.uscourts.gov to arrange for Petitioner to appear by Zoom.

June 16, 2026

**David J. Hale, Chief Judge**
**United States District Court**

1