UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

JULIMAR MONZANT COLMENRARES,                                   Petitioner,

v.                                                Civil Action No. 4:26-cv-417-DJH

SAMUEL OLSON, Field Office Director,
Chicago Field Office, U.S. Immigration and
Customs Enforcement et al.,                                   Respondents.

\* \* \* \* \*

## ORDER

Petitioner Julimar Monzant Colmenrares moves to withdraw her petition for a writ of habeas corpus because an immigration judge recently ordered that she be removed from the United States. (Docket No. 12; *see* D.N. 10) Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1)    The motion to withdraw (D.N. 12) is **GRANTED**. The habeas petition (D.N. 1) is deemed withdrawn.

(2)    This matter is **DISMISSED**, **STRICKEN** from the Court's docket, and **CLOSED**.

July 9, 2026

**David J. Hale, Chief Judge**
**United States District Court**

1